

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **18–23388 – WIL**    Chapter: **13**

**Richard Samuel Sacco**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO ATTEND MEETING OF CREDITORS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss, filed by Timothy P. Branigan, Trustee because of the Debtor(s)' failure to attend the Section 341 Meeting of Creditors on November 15, 2018 it appearing that the Debtor(s) has/have not responded to the Motion, and it appearing that this case should be dismissed pursuant to 11 U.S.C. § 1307(c), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–referenced Chapter 13 case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $150.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Timothy P. Branigan

### End of Order

15x05 (rev. 12/13/2012) – mkrauss